[No. 61624-2-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW THOMAS HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06486-5, Michael J. Fox, J., entered April 7, 2008. *Remanded* by unpublished per curiam opinion.

[No. 61910-1-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY ALAN ROLL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00406-9, Steven J. Mura, J., entered June 23, 2008. *Remanded* by unpublished per curiam opinion.

[No. 61997-7-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE DYSON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 12, 2009. Substitute opinion filed. See 150 Wn. App. 1037.

[No. 62001-1-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER CARLOS TORRICO, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 12, 2009. Substitute opinion filed. See 150 Wn. App. 1037.